# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 445 WAL 2014
:
          Respondent      :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v.           :
:
:
:
XAVIER S. DURAH,        :
:
          Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of January, 2015, the Petition for Allowance of Appeal is

**DENIED**. Petitioner's "Motion for Leave to File Sealed Supplemental Appendix to

Petition for Allowance of Appeal" is **DENIED**.